UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:05-CR-0175-PMP-GWF |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL THOMIS, | ) | O R D E R |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the Court for consideration are the Findings and Recommendations (#29) of Magistrate Judge George Foley, Jr., regarding Defendant's Motion to Suppress (#15). Defendant Thomis filed Objections (#31) on July 14, 2006, to which the Government Responded (#32) on July 19, 2006.

The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of the United States Magistrate Judge should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#29) of June 29, 2006, are affirmed , Defendant's Objections (#31) are overruled, and Defendant's Motion to Suppress Evidence for Fourth Amendment Violation (#15), as supplemented (#27 and #28), is DENIED.

DATED: July 20, 2006

_____
PHILIP M. PRO
Chief United States District Judge